# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BLANKENSHIP, an individual, | NO. CV 12-07884 FMO (FFMx) |
| Plaintiff, | |
| v. | **ORDER** |
| MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.; MEDTRONIC VERTELINK, INC., <u>et al.</u>, | |
| Defendants. | |

    Having reviewed all the briefing filed with respect to plaintiff's Motion for Leave to File Second Amended Complaint ("Motion"), the court concludes as follows.

    A party has the right to amend the complaint "once as a matter of course[.]" Fed. R. Civ. P. 15(a)(1).  In addition, even after a complaint has been amended or a responsive pleading has been served, the Federal Rules of Civil Procedure provide that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2).  The Ninth Circuit requires that this policy favoring amendment be applied with "extreme liberality." <u>Morongo Band of Mission Indians v. Rose</u>, 893 F.2d 1074, 1079 (9th Cir. 1990).  Under the circumstances here, the court will grant plaintiff's Motion.

    Based on the foregoing, IT IS ORDERED THAT:

    1.  The hearing set for March 14, 2013, is hereby **vacated**.

2. Plaintiff's Motion for Leave to File Second Amended Complaint **(Document No. 11)** is **granted**.

3. Defendants' Motion to Dismiss First Amended Complaint **(Document No. 19)**, is **denied** as moot and the hearing set for May 9, 2013 is hereby **vacated**.

4. Plaintiff shall, no later than two court days from the filing of this Order, file her Second Amended Complaint in compliance with Local Rule 3-2.

5. Defendants shall file their Answer to the Second Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than 21 days following the service of the Second Amended Complaint.

6. In the event defendants wish to file a motion to dismiss, then counsel for the parties shall meet and confer in person to discuss defendants' motion to dismiss.  Defendants' motion must include copies of all meet and confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (<u>i.e.</u>, when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion).  Failure to include such a declaration will result in the motion being denied.

Dated this 11th day of March, 2013.

/s/
Fernando M. Olguin
United States District Judge