UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURA BLANKENSHIP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:13-CV-1087 (CEJ) |
| MEDTRONIC, INC., et. al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

In accordance with the plaintiff's request for dismissal [Doc. # 145],

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. See Fed. R. Civ. P. 41(a)(2).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2016.